58 A.3d 746

**Kenneth JACKSON, Petitioner**

v.

**PHILADELPHIA COUNTY DETENTION CENTER RECORDS OFFICE, Philadelphia County Probation and Parole, Common Pleas of Philadelphia County, Respondents.**

**No. 167 EM 2012.**

Supreme Court of Pennsylvania.

Nov. 20, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of November, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**